# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                                              Telephone: (212) 317-1200
New York, New York 10165                                                              Facsimile: (212) 317-1620
_____

May 13, 2022

**<u>VIA ECF</u>**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  <u>Flores et al v. 180 Marketplace, Inc., et al</u>
          1:19-cv-06767-JPO

Your Honor:

      This office represents the Plaintiff in the above referenced matter.  We are writing to the Court in reference to the settlement agreement and fairness letter submitted in January 2022.  We are inquiring to see if the Court requires any further material or discussions on the matter in order to move forward with its review.

      We thank the Court for its time and continued attention to this matter.

          Respectfully submitted,

          <u>*/s/ Jarret T. Bodo*</u>
          Jarret T. Bodo, Esq.
          CSM LEGAL, P.C.
          Attorneys for the Plaintiff