UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN ROBERTS, *individually and on behalf of others similarly situated*,

                              Plaintiff,

-v-

180 MAKRETPLACE, INC., *et al.*,

                             Defendants.

19-CV-6767 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 49-1.) The proposed settlement involves $12,500 to be allocated to Plaintiff John Roberts in connection with his FLSA claims. (*Id.*) Of the settlement sum, $4,850.07 will be collected in attorney's fees and costs. (Dkt. No. 49 at 2.)

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 49-1 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 16, 2022
        New York, New York

                                                              _____
                                                                   J. PAUL OETKEN
                                                             United States District Judge